IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| REBECCA A. CRANDALL, | ) | |
| | ) | |
| Plaintiff, | ) | No. C06-3015-PAZ |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| JO ANNE B. BARNHART, | ) | IN A CIVIL CASE |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Commissioner's decision is reversed and this case is remanded to the Commissioner to calculate and award benefits for the period after March 4, 2004.

Dated: December 15, 2006        PRIDGEN J. WATKINS
                                Clerk

                                /s/ des
                                (By) Deputy Clerk